DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSE REYES RAMOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-529

————————————————

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County; Robert Branning, Judge.

Jose Reyes Ramos, pro se.

Ashley Moody, Attorney General, Tallahassee and Suzanne C. Bechard, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and VILLANTI, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.